816 A.2d 151

IN THE MATTER OF JAMES T. DAVIS,
II, AN ATTORNEY AT LAW.

February 26, 2003.

## O R D E R

The Disciplinary Review Board having filed with the Court its decision in DRB 02–197, recommending that **JAMES T. DAVIS, II**, formerly of **ROSELAND**, who was admitted to the bar of this State in 1984, and who has been on disability inactive status since May 20, 1997, be disbarred for violating *RPC* 1.15(a) and (b) (knowing misappropriation of client trust funds), *RPC* 5.5(a) (practicing law while ineligible to do so), *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), *RPC* 8.4(d) (conduct prejudicial to the administration of justice), and *Rule* 1:28–2 (failure to pay annual assessment to Lawyers' Fund for Client Protection);

And **JAMES T. DAVIS, II**, having failed to appear on the return date of the Order to Show Cause issued in this matter;

And good cause appearing;

It is ORDERED that **JAMES T. DAVIS, II**, be disbarred, effective immediately, and that his name be stricken from the roll of attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that **JAMES T. DAVIS, II**, be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.